IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN D. SVELUND,

    Petitioner,                    No. CIV S-07-1251 FCD GGH P

    vs.

D.K. SISTO, Warden,

    Respondents.                <u>ORDER</u>

         Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 5, 2007, petitioner moved for summary judgment on the mistaken basis that respondent had not filed a timely response to the petition. However, the order, filed on August 1, 2007, directed respondent to file a response within thirty days. Respondent's answer was timely filed on August 31, 2007. The court will vacate petitioner's inapposite motion.

         Petitioner challenges the 2005 decision by the California Board of Parole Hearings (BPH) finding him unsuitable for parole. On May 16, 2008, the Ninth Circuit granted rehearing en banc in <u>Hayward v. Marshall</u>, 512 F.3d 536 (9th Cir. 2008).

         Accordingly, IT IS HEREBY ORDERED that:

         1. Petitioner's inapposite motion for summary judgment, filed on September 5,

1

1  2007 (# 11), is hereby vacated;

2      2. Within twenty days of the date of this order, the parties shall show cause why

3  this action should not be administratively stayed pending the Ninth Circuit's decision in <u>Hayward</u>

4  <u>v. Marshall</u>, 512 F.3d 536 (9th Cir. 2008), *reh'g en banc granted,* __ F.3d __, No. 06-55392 (9th

5  Cir. filed May 16, 2008).

6  DATED: 06/02/08        /s/ Gregory G. Hollows

7                                        UNITED STATES MAGISTRATE JUDGE

svel1251.osc+