UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN D. SVELUND,

    Petitioner,

  v.

D.K. SISTO,

    Respondent.

CASE NO. CV 07-1251 RSL-JLW

ORDER DENYING REQUEST TO PROCEED *IN FORMA PAUPERIS* ON APPEAL

This matter comes before the Court on petitioner John D. Svelund's "Application to Proceed *In Forma Pauperis* by a Prisoner." Dkt. # 30. Petitioner has not shown in the detail prescribed by Form 4 of the Appellate Appendix of Forms that he is unable to pay the $5 filing fee, and he has not identified the issues that he intends to present on appeal as required by Rule of Appellate Procedure 24(a)(1). Petitioner's application to proceed IFP on appeal is therefore DENIED. The Clerk of Court shall send a copy of this Order to the Ninth Circuit.

Dated this 1st day of December, 2010.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER DENYING REQUEST TO
PROCEED *IN FORMA PAUPERIS*
ON APPEAL